SLOCUM v. BEÁRDSHEAR.

*Appeal from Benton District Court.*

SATURDAY, OCTOBER 6.

WRIGHT J.—*Petition to foreclose a mortgage.* Judgment by default. Defendant was never served with notice of the

pendancy of the action (so far as disclosed by the record before us,) nor did he make an appearance thereto.

The judgment is therefore reversed and cause remanded.